## ALEXANDER STEVENS' EX'R. *vs.* GREEN HILL CEMETERY COMPANY.

### Order for bill of particulars.

INDEB. ASSUMPSIT—narr. Plea, issue.

*Mr. Bayard*, at the first term after issue joined, moved for a bill of particulars of the plaintiff's demand; which the court ordered; and that proceedings be stayed until it is furnished.

*Bayard*, for plaintiff.
*Rogers*, for defendant.